THE B. & C. ELECTRICAL CONSTRUCTION COMPANY, Respondent, *v.* WILLIAM H. OWEN, Appellant.

*B. & C. El. Const. Co. v. Owen*, 176 App. Div. 399, affirmed.
(Argued June 2, 1919; decided July 15, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 19, 1917, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. This suit was brought by the B. & C. Electrical Construction Company, a corporation, for the purpose of having delivered up for cancellation sixteen shares of its stock alleged to have been issued fraudulently and without consideration. The answer denied the allegations of fraud and want of consideration, and pleaded the Statute of Limitations.

*William A. Buckner* for appellant.

*James Coupe* and *Henry F. Coupe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.